UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Christopher Viera, Genadiy Mints, Devin Sparks, and all others similarly situated,

                Plaintiffs,

-against-

The City of New York,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/2020

1:19-cv-05773 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

It is hereby Ordered that, no later than Friday, July 24, 2020, the parties shall file a joint letter indicating whether any party intends to file a dispositive motion and, if so, setting forth a proposed briefing schedule.

SO ORDERED.

DATED:    New York, New York
             July 20, 2020

_____
STEWART D. AARON
United States Magistrate Judge