USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2020



**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Laura C. Williams
*Assistant Corporation Counsel*
Phone: (212) 356-2435
lawillia@law.nyc.gov

November 10, 2020

**By ECF**
Honorable Stewart D. Aaron
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Request GRANTED. SO ORDERED.
Dated: November 11, 2020

*/s/ Stewart D. Aaron*

Re:  Viera, et al. v. The City of New York
 19-CV-05773 (SDA)

Dear Judge Aaron:

 I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, attorney for the defendant in the above-referenced action. I write to respectfully request a one-week extension of time, from November 13, 2020 to November 20, 2020, for defendant to file its opposition to plaintiffs' motion for summary judgment. This is the defendant's first request for an extension of time to file its opposition. Plaintiffs' counsel consents to this request.

 This extension request is made is made due to the undersigned's very heavy caseload which, with recent intervening obligations and unanticipated matters, necessitates additional time to prepare and finalize defendant's opposition to plaintiffs' motion.

 Accordingly, defendant requests that, if extended, the briefing schedule previously approved by the Court for the parties to submit simultaneous cross-motions be adjusted as follows:

 Opposition Briefs: November 20, 2020

 Reply Briefs: December 7, 2020

- 2 -

I appreciate the Court's attention and consideration of this request.

Respectfully Submitted,<br>
/s/<br>
Laura C. Williams<br>
Assistant Corporation Counsel

Cc: Counsel of Record (by ECF)