```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Christopher Viera et al.,

                Plaintiffs,

-against-

City of New York,

                Defendant.

1:19-cv-05773 (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Having reviewed Defendant's response to the Court's Order to show cause why the documents identified in Plaintiffs' November 11, 2020 Letter Motion should be filed under seal, (*see* 11/11/20 Ltr. Mot., ECF No. 83; 1/8/21 Order, ECF No. 99; Def.'s Response, ECF No. 100), it is hereby Ordered that Plaintiff's Letter Motion (ECF No. 83) is DENIED as the documents already are in the public domain. (*See* 11/11/20 Ltr. Mot. at 1 n.1.) The Court notes that Defendant's opposition appears related to the admissibility of the privileged communications in this case, an issue which the Court has not yet been called upon to decide.

It is further Ordered that Defendant's Letter Motion to seal (10/14/20 Ltr. Mot., ECF No. 79), which Plaintiffs do not oppose, is GRANTED.

The Clerk of Court is directed to unseal ECF Nos. 88, 89, 90 and 97.

**SO ORDERED.**

DATED:    New York, New York
                January 25, 2021

                                                                     */s/ Stewart D. Aaron*
                                                                STEWART D. AARON
                                                                United States Magistrate Judge