```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Christopher Viera et al.,

                              Plaintiffs,

    -against-

City of New York,

                              Defendant.

1:19-cv-05773 (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    It is hereby Ordered that, no later than March 5, 2021, the parties shall meet and confer and file a joint letter proposing three Mondays in the third quarter of 2021 on which they could commence a trial and stating the estimated duration of the trial. The Court will request a courtroom to commence a trial in this matter on or around the proposed dates and notify the parties of any firm or back-up trial date when third quarter courtroom assignments are made (approximately a month in advance). At that time, the Court also will set a schedule for pretrial submissions.

    It is further Ordered that, no later than March 31, 2021, the parties shall file a joint letter regarding the status of settlement discussions.

**SO ORDERED.**

DATED:    New York, New York
                February 23, 2021

_____
STEWART D. AARON
United States Magistrate Judge