# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
CHRISTOPHER VIERA, et al.,

                              Plaintiffs,

      -against-

THE CITY OF NEW YORK,                    19 Civ. 05773 (SDA)

                             Defendant
------------------------------------------------------------------- x

## **AGREED ORDER OF DISMISSAL WITH PREJUDICE**

      This case having come before the Court upon the joint request of Plaintiffs and Defendant, the Court having been advised of and considered the Settlement Agreement dated July 20, 2021, entered into by and among Plaintiffs and Defendant that has resulted from arm's length settlement negotiations, and upon the joint application of Plaintiffs and Defendant, by their Attorneys, seeking review and approval by the Court thereof, and based on the entire record, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

      1.     The Court approves and adopts the terms of the Settlement Agreement entered into between the Parties to the above captioned case. Recognizing that there has been, and there is no admission of liability by Defendant, the Settlement Agreement reflects a fair, reasonable, and appropriate compromise deemed in the best interest of the Parties and is in accordance with law.

      2.     Consistent with the Settlement Agreement, this action is hereby dismissed with prejudice. The Court will retain jurisdiction over the parties to the Agreement for the purpose of interpretation and compliance with the Agreement and Agreed Order of Dismissal with Prejudice.

SO ORDERED:

This ____ day of _____, 2021.           _____
                                                   Hon. Stewart D. Aaron, U.S.M.J.